# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

444444444444444
## NO. 03-03-00677-CV
444444444444444


**Nouveau Entertainment, Inc., dba Axis, Appellant**

**v.**

**Texas Alcoholic Beverage Commission, Appellee**


44444444444444444444444444444444444444444444444444444444444
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN303806, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING
44444444444444444444444444444444444444444444444444444444444


## M E M O R A N D U M   O P I N I O N


Appellant Nouveau Entertainment and appellee Texas Alcoholic Beverage Commission have reached an agreement resolving all issues related to this appeal and request dismissal of this appeal. *See* Tex. R. App. P. 42.1(a).

We grant the motion to dismiss the appeal.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed: June 24, 2004